THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:20-cr-00041-MR-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| FREDERICK THOMAS GETTINS ) | |
| STROHM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Extend Self-Surrender Date [Doc. 333].

The Defendant is currently scheduled to report to the Federal Bureau of Prisons (BOP) on March 22, 2021. The Defendant moves the Court to defer his report date. For grounds, he states that he is now eligible for vaccination for the coronavirus and wishes to become fully vaccinated prior to reporting. The Government takes no position on the Defendant's motion.

For good cause shown, the Court will grant the Defendant's motion and defer the Defendant's reporting date until at least June 15, 2021.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Extend Self-Surrender Date [Doc. 33] is **GRANTED**, and the deadline for the

Defendant to report to the Federal Bureau of Prisons is **EXTENDED** to at least **June 15, 2021**.

The Clerk is directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, the United States Marshals Service, and the appropriate official at the Bureau of Prisons.

**IT IS SO ORDERED**.

Signed: March 19, 2021

Martin Reidinger
Chief United States District Judge

2

Case 1:20-cr-00041-MR-DCK   Document 35   Filed 03/19/21   Page 2 of 2